ORDER SEALING INDICTMENT

Case Number: 06-4028-CR-C-NKL

This indictment shall be kept secret until a defendant is in custody or has been given bail, and upon completion of the issuance of the warrant of arrest, the clerk shall seal the indictment and it shall remain sealed pending further order of the court.


/s William A. Knox
U.S. Magistrate Judge

5/12/06
Date